474 A.2d 674

Commonwealth v. Magwood, Appellant.

 Submitted September 30, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Peter G. Nychis, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., recused himself from consideration and disposition of this case.